# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMPT, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 22-cv-997-CFC ) |
| SOLAREDGE TECHNOLOGIES, INC. AND SOLAREDGE TECHNOLOGIES LTD., | ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff AMPT, LLC and Defendants SolarEdge Technologies, Inc. and SolarEdge Technologies, Ltd. (collectively, the "Parties") hereby represent that they have resolved all issues in this action by mutual agreement, and hereby stipulate to the dismissal of all claims with prejudice. All Parties agree to bear their own costs and attorneys' fees.

| | |
|---|---|
| **GREENBERG TAURIG, LLP** | **DLA PIPER, LLP** |
| /s/ Benjamin J. Schladweiler | /s/ Stephanie E. O'Bryne |
| Benjamin J. Schladweiler (#4601) | Brian A. Biggs (#5591) |
| 222 Delaware Ave., Suite 1600 | Stephanie E. O'Bryne (#4446) |
| Wilmington, DE 19801 | Angela Whitesell (#5547) |
| Telephone: (302) 661-7352 | DLA Piper LLP (US) |
| schladweilerb@gtlaw.com | 1201 N. Market Street |
| | Suite 2100 |
| | Wilmington, DE 19801 |
| *Of Counsel:* | Telephone: (302) 468-5645 |
| | brian.biggs@us.dlapiper.com |
| Scott J. Bornstein | angela.whitesell@us.dlapiper.com |
| Brian Prew | stephanie.obyrne@usdlapiper.com |
| Wen Xue | |
| Li-Yu Chen | *Of Counsel:* |
| GREENBERG TRAURIG, LLP | |
| One Vanderbilt Avenue | Matthew D. Satchwell |
| New York, NY 10017 | DLA PIPER LLP (US) |
| Telephone: (212) 801-9200 | 444 West Lake Street, Suite 900 |
| | Chicago, IL 60606 |
| Nicholas A. Brown | Telephone: (312) 368-2111 |
| GREENBERG TRAURIG, LLP | |
| 4 Embarcadero Center | *Attorneys for Defendants SolarEdge* |
| San Francisco, CA 94111 | *Technologies, Inc. and SolarEdge* |
| Telephone: (415) 655-1300 | *Technologies Ltd.* |
| | |
| Vivian S. Kuo | |
| Cyrus T. Frelinghuysen | |
| GREENBERG TRAURIG, LLP | |
| 2101 L Street, N.W. | |
| Washington, DC 20037 | |
| Telephone: (202) 331-3100 | |
| | |
| *Attorneys for Plaintiff Ampt, LLC* | |

DATE:  May 10, 2023